# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH


## NO. 2-09-439-CV

MICHAEL S. POLLY                                                          APPELLANT

V.

REALPAGES, INC. AND                                                      APPELLEES
JAMES HARRISON

------------

### FROM THE 367TH DISTRICT COURT OF DENTON COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Through a letter sent to his counsel on December 16, 2009, we have

given appellant Michael S. Polly an opportunity to explain why his notice of

appeal was untimely filed[2] and why this appeal should not be dismissed for

---

[1] *See* Tex. R. App. P. 47.4.

[2] The trial court signed its judgment on July 31, 2009. Although appellant timely filed a motion for new trial on August 31, he did not file his notice of appeal in the trial court until December 7, and it was therefore untimely. *See* Tex. R. Civ. P. 329b(a); Tex. R. App. P. 26.1(a)(1).

want of jurisdiction.  He has not done so.  Accordingly, we dismiss the appeal for want of jurisdiction.  *See* Tex. R. App. P. 25.1(b), 26.1(a)(1), 42.3(a), 43.2(f); *Crites v. Collins*, 284 S.W.3d 839, 840 (Tex. 2009) (indicating that the timely filing of a notice of appeal is jurisdictional); *Wilkins v. Methodist Health Care Sys.*, 160 S.W.3d 559, 564 (Tex. 2005) (same).

TERRIE LIVINGSTON
JUSTICE

PANEL:  LIVINGSTON, DAUPHINOT, and GARDNER, JJ.

DELIVERED:  February 18, 2010